**IN RE SUTTLES SURVEYING, P.A.**

[367 N.C. 319 (2014)]

IN THE MATTER OF: SUTTLES SURVEYING, P.A., LICENSE NO. C-0648 (NORTH CAROLINA BOARD OF EXAMINERS FOR ENGINEERS AND SURVEYORS CASE NO. V2009-027)

IN THE MATTER OF: KENNETH D. SUTTLES, PLS, LICENSE NO. L-2678 (NORTH CAROLINA BOARD OF EXAMINERS FOR ENGINEERS AND SURVEYORS CASE NO. V2009-064)

No. 252PA13

(Filed 7 March 2014)

On discretionary review pursuant to N.C.G.S. § 7A-31 from a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 742 S.E.2d 574 (2013), affirming an order entered on 21 August 2012 by Judge Nathaniel J. Poovey in Superior Court, Burke County. Heard in the Supreme Court on 19 February 2014.

*Allen, Moore & Rogers, L.L.P., by John C. Rogers, III, for petitioner-appellants.*

*Hedrick Gardner Kincheloe & Garofalo, LLP, by Patricia P. Shields and Joshua D. Neighbors, for respondent-appellee North Carolina Board of Examiners for Engineers and Surveyors.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.